No. 93–696. SHALALA, SECRETARY OF HEALTH AND HUMAN SERVICES *v.* OHIO STATE UNIVERSITY, DBA OHIO STATE HOSPITALS. C. A. 6th Cir. Certiorari granted, judgment vacated, and case remanded for further consideration in light of *Thomas Jefferson Univ.* v. *Shalala, ante,* p. 504.

No. 93–697. SNAP-ON TOOLS CORP. ET AL. *v.* EULRICH ET AL. Ct. App. Ore. Certiorari granted, judgment vacated, and case remanded for further consideration in light of *Honda Motor Co.* v. *Oberg, ante,* p. 415.

No. 93–842. EHRLICH *v.* CITY OF CULVER CITY ET AL. Ct. App. Cal., 2d App. Dist. Motion of Pacific Legal Foundation for leave to file a brief as *amicus curiae* granted. Certiorari granted, judgment vacated, and case remanded for further consideration in light of *Dolan* v. *City of Tigard, ante,* p. 374. JUSTICE BLACKMUN, JUSTICE STEVENS, JUSTICE SOUTER, and JUSTICE GINSBURG would deny certiorari.

No. 93–935. FREEMAN UNITED COAL MINING CO. *v.* JONES, WIDOW OF JONES, DECEASED, ET AL. C. A. 7th Cir. Certiorari granted, judgment vacated, and case remanded for further consideration in light of *Director, Office of Workers' Compensation Programs* v. *Greenwich Collieries, ante,* p. 267.

No. 93–964. CONSOLIDATION COAL CO. *v.* SKUKAN ET AL. C. A. 6th Cir. Certiorari granted, judgment vacated, and case remanded for further consideration in light of *Director, Office of Workers' Compensation Programs* v. *Greenwich Collieries, ante,* p. 267.

No. 93–1584. HIRRAS *v.* NATIONAL RAILROAD PASSENGER CORPORATION. C. A. 5th Cir. Certiorari granted, judgment vacated, and case remanded for further consideration in light of *Hawaiian Airlines, Inc.* v. *Norris, ante,* p. 246.